UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WILLIAM DUANE RICHMOND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:11-CV-0560-G (BD) |
| OFFICER M. ST. CLAIR, ET AL., ) | |
| ) | |
| Defendants. ) | |

### ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case.  Plaintiff filed objections, and the district court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made.  The objections are overruled, and the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

February 24, 2012.

_____
**A. JOE FISH**
**Senior United States District Judge**